EXHIBIT 2



**827 Series**

82720    82710    82740

**STC866**

STC866

**86XX Series**

8620    8610    8640    8455    STC865

**867XX Series**

86710    86724    86725    86740

4850-7583-9595.1