1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HERMAN MILLER, INC..<br><br>*Plaintiff*,<br><br>v.<br><br>BLUMENTHAL DISTRIBUTING, INC. d/b/a OFFICE STAR PRODUCTS; JORNG WELL INDUSTRIAL CO., LTD.; NOVA ASIA INT'L INC.; NOVA INNOVATIONS INT'L LTD.; and KING HONG INDUSTRIAL CO., LTD.,<br><br>*Defendants*. | Case No: 2:17-cv-04279 JAK-SP<br><br>**STIPULATED ORDER DISPOSING OF REMAINING CLAIMS IN THE ACTION**<br><br>**JS-6: Case Terminated** |

The Court hereby enters this Stipulated Order Disposing of Remaining Claims in the Action, as agreed to by Blumenthal Distributing, Inc. ("Office Star") and Herman Miller, Inc. ("Herman Miller") with respect to Claims III, IV, and V of the Second Amended Complaint as follows:

After three months from the entry of this Order, Office Star (including Office Star Canada) is prohibited from:

1) Manufacturing, marketing and distribution of any of the chair designs shown at **Exhibit B** hereto, and any other chairs having the same backrest design as those chairs, regardless of color or model number.

2) Manufacturing, marketing, and distribution of any chairs that are confusingly similar to the overall appearance of the Caper chairs, as shown in **Exhibit A** hereto, irrespective of color. **Exhibit C** depicts non-limiting examples of such prohibited designs.

3) Assisting any other entity to take the actions described in (1) or (2).

4) For avoidance of doubt no chairs having the appearance of those identified in **Exhibit D** hereto -- including any versions with padded backrests -- are subject to this judgment, irrespective of their color or upholstery, and neither are chairs shown in Exhibits B or C wherein the backrest is changed to match a backrest shown in Exhibit D.

This Court has jurisdiction over the parties and the subject matter of this action, and continuing jurisdiction to enforce this Stipulated Order. This Order fully disposes of all remaining claims in the case. Each side to bear their own costs and fees.

In light of the foregoing, all dates, deadlines, and motions are vacated.

IT IS SO ORDERED.

Dated: November 7, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**HERMAN MILLER CAPER CHAIRS**





# EXHIBIT B
# CHAIRS HAVING PROHIBITED BACKREST DESIGNS



| STC866 | 827 Series | 867 Series |
|---|---|---|
| (only chair in series) | Series includes:<br>82710<br>82720<br>82740<br>2894 / 2894C | Series includes:<br>86710<br>86724<br>86725<br>86726<br>86740 |



# EXHIBIT C
# ADDITIONAL EXAMPLES OF CHAIRS
# HAVING PROHIBITED BACKREST DESIGNS





 

  



**ST200 / ST200C**     **SG1K**     **SG2K**



2800 ARC STACKING SERIES

**EXHIBIT D**
**EXAMPLES OF CHAIRS HAVING**
**EXEMPTED BACKREST DESIGNS**






